I Lonnie price, DOB: 2-4-94

Trial court Case number: 2011CR9144
Court of Appeals number: 04-14-00643-CR

I Lonnie price is currently incarcerated in The Texas Department of criminal Justice 4304 Highway 202, Beeville TX 78102. I am requesting to be informed on the status of my Appeal 04-14-00643-CR Therefore i am asking for a copy to be sent to me informing me on the status of my Appeal. please send me my Appeal status, Thanks.

Very truly yours
Lonnie price

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 SEP -2 PM 12: 37
KEITH E. HOTTLE, CLERK





Lonnie Price #1934616
4304 Hwy 202
Beeville TX 78102

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 SEP -2 PM 12: 37

Keith E. Hottle
KEITH E. HOTTLE, CLERK

7820530379

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
31 AUG 2015 PM 1 L

Fourth court of Appeals District
Cadena-Reeves Justice center
300 DOLOROSA Suite 3260
San Antonio, Texas 78205-3037

FOREVER USA